1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RASHEEN D. FAIRLY,                        CASE NO. CR F 95-5193 LJO

12                    Movant,
                                              **ORDER TO PROCEED IN FORMA**
13        vs.                                 **PAUPERIS ON APPEAL**
                                              (Doc. 286.)
14   UNITED STATES OF AMERICA,

15                    Respondent.
                                        /
16

17        Movant Rasheen D. Fairly ("movant") proceeds pro se in this action and on September 6, 2012

18   filed his notice to appeal this Court's order to the Ninth Circuit Court of Appeals and application to

19   proceed without prepayment of fees.  Movant's application makes the showing required by 28 U.S.C.

20   § 1915(a).  Accordingly, this Court GRANTS movant's request to proceed in forma pauperis on appeal.

21   28 U.S.C. § 1915(a).

22

23   IT IS SO ORDERED.

24   **Dated:    September 10, 2012            /s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28

                                              1